# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE: David S. Witek**           )
                                    )
                                    )    **Bankruptcy No. 12 B 47338**
                                    )
          **Debtor(s)**             )
                                    )
                                    )

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:  See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on  February 27, 2014 at 10:30 a.m.   in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Richard J. Mason is to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: January 10, 2014

In re: David S. Witek
Bankruptcy No. 12 B 47338

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on January 10, 2014, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Deborah Smith
Courtroom Deputy

### Electronic Service through CM/ECF System

represented by George J Koulogeorge
Therman Law Offices, Ltd.
8501 W. Higgins Road, Suite 420
Chicago, IL 60631
Email: bankruptcy@attorneychicago.com

Trustee
Richard J Mason
McGuire Woods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Class Mail

Debtor
David S. Witek
4849 N. Newcastle Ave.
Chicago, IL 60656